# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE:  Docket Number 2018-CA-0419

Pontchartrain Natural Gas System, k/d/s Promix,
L.L.C.. and Acadian Gas Pipeline System
- - Versus - -

Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34265
Assumption Parish

On Application for Rehearing filed on 07/11/2019 by Texas Brine
Rehearing ___DENIED_____

_____
J. Michael McDonald

_____
Toni Manning Higginbotham

_____
William J. Crain

Date_____AUG 0 5 2019_____

_____
Rodd Naquin, Clerk